**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **LAURENCE LUCY-EVANS,** ) | **CASE NO. 1:15CV432** |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. ) | |
| ) | |
| ) | |
| **DEPARTMENT OF VETERANS** ) | <u>O R D E R</u> |
| **AFFAIRS, SECRETARY ROBERT** ) | |
| **MCDONALD,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

This Court has reviewed the Report and Recommendation (Doc.# 15) of Magistrate Judge Nancy A. Vecchiarelli regarding Defendant's Motion to Dismiss (Doc.#12). The Magistrate Judge recommended that Defendants' Motion to Dismiss be granted.

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but the parties have failed to timely file any such objections. Therefore, the Court must assume that the parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. <u>Thomas v. Arn</u>, 728 F.2d 813 (6th Cir. 1984), <u>aff'd</u>, 474 U.S. 140 (1985); <u>Howard v. Secretary of Health and Human Services</u>, 932 F.2d 505 (6th Cir. 1991); <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 15),

grants Defendant's Motion to Dismiss (Doc. #12) and dismisses Plaintiff's Complaint.

**IT IS SO ORDERED.**

**Dated: 11/10/2015**

    *S/Christopher A. Boyko*
**CHRISTOPHER A. BOYKO**
**UNITED STATES DISTRICT JUDGE**